## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **LANDSOURCE COMMUNITIES** | : | |
| **DEVELOPMENT LLC**, *et al* | : | |
| | : | Case No. 08-11111 (KJC) |
| Debtors | : | |
| | : | |
| **THE NEWHALL LAND AND** | : | |
| **FARMING COMPANY** | : | |
| **(A CALIFORNIA LIMITED** | : | |
| **PARTNERSHIP),** | : | Adv. Pro. No. 09-51074 (KJC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AMERICAN HERITAGE LANDSCAPE,** | : | |
| **LP, C.A. RASMUSSEN, INC., GRANITE** | : | |
| **CONSTRUCTION COMPANY, and** | : | |
| **R&R PIPELINE, INC.** | : | (Re: docket no. 122) |
| | : | |
| Defendants | : | |

## ORDER AMENDING MEMORANDUM DATED AUGUST 30, 2012

**AND NOW**, this 18th day of September, 2012, upon finding a typographical error in the last paragraph of page 10 of the Memorandum dated August 30, 2012 (docket no. 122), which cites to Bankruptcy Code section 545(b), rather than the correct citation to Bankruptcy Code section 546(b), it is hereby ORDERED that:

(1) the first sentence of the last paragraph on page 10 of the Memorandum is deleted and replaced by the following language:

      In response, the Defendants deny that they were required to file objections to preserve their priority, but assert that, even if a filing was required, the filing of their section 546(b) Notices of Perfection prior to entry of the Final DIP Order was sufficient to deem their liens part of the Permitted Liens.

(2)    This order amends the Memorandum solely as set forth in paragraph (1) above. Nothing in this Order amends the Order dated August 30, 2012 (D.I. 123) issued with the Memorandum.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc:    Andrew C. Irgens, Esquire[1]

---

[1] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.